AO 442

**UNSEALED**

# United States District Court

**FILED**
**U.S. DISTRICT COURT**

DISTRICT OF UTAH - NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

**Joseph Gomez et al**

2018 OCT 22 P 1: 15

**WARRANT FOR ARREST** OF UTAH

BY: _____
DEPUTY CLERK

**CASE NUMBER: 1:18-cr-00094-001 CW**

To: The United States Marshal
and any Authorized United States Officer

ORIGINAL

YOU ARE HEREBY COMMANDED to arrest _____ **JOSEPH GOMEZ** _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Conspiracy to Distribute Methamphetamine; Distribution of Heroin**

in violation of **21 U.S.C. 841(a)(1) and 21 U.S.C. 846** _____ United States Code.

D. Mark Jones
Name of Issuing Officer

[Signature] Ruth K Schriock
Signature of Issuing Officer

By:  Ruth K. Schriock
     Deputy Clerk

Clerk of Court
Title of Issuing Officer

October 18, 2018 at Salt Lake City, Utah
Date and Location

**WARRANT**

Bail fixed _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-18-18 | D. JORGENSEN | D. J |
| DATE OF ARREST | | |
| 10 18 18 | | |