SHARON L. PRESTON (UT #7960)
PRESTON & BRAR, LLC
*Attorney for Defendant*
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Phone: (801) 269-9541
Email: sharon@prestonbrar.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA  Plaintiff,  vs.  JOSEPH GOMEZ  Defendant. | **SUPPLEMENT TO MOTION TO REVIEW DETENTION**  Case No. 1:18-cr-00094-CW  Judge Hon. Clark Waddoups |
|---|---|

Defendant, through counsel, hereby submits the following letter from his mother as an exhibit to be used as supplemental grounds for his detention review.

DATED this 23rd day of March 2020.

Respectfully Submitted,

/s/ *Sharon L. Preston*
Sharon Preston
Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on <u>March 23, 2020</u>, I served a true and correct copy of the foregoing through e-filing on the following:

Aaron W. Flater
United States Attorney's Office
111 South Main Street, #1800,
Salt Lake City, UT 84111

/s/Sharon Preston
Sharon Preston
*Attorney for Defendant*
